**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald R. REWALD, Defendant–Appellant.**

No. 85–1353.

United States Court of Appeals, Ninth Circuit.

May 15, 1990.

Before ALARCON, HALL and KOZINSKI, Circuit Judges.

### ORDER

The opinion filed November 13, 1989, 889 F.2d 836 (9th Cir.1989), is hereby amended as follows:

---

The first sentence of footnote 20 shall read "Tamanaha and Levine had several run-ins with the district judge during trial, and he even cited them for contempt because of certain behavior, although all contempt charges against the two attorneys were later dismissed."